IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KEVIN SUTPHIN,

     Petitioner,

vs.                                 Civ. No. 07-1252 RB/LCS

JAMES JANECKA, Warden,

     Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition filed July 17, 2008.  (Doc. 15.)  Petitioner filed objections on July 18, 2008.  (Doc. 16.)  Pursuant to 28 U.S.C. § 636(b)(1), I have conducted a de novo review of the entire file and find Petitioner's objections to be without merit.

    **WHEREFORE,**

    **IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed July 17, 2008 (Doc. 15) are adopted by the Court.

    A Judgment consistent with this Order shall be issued forthwith.

    **IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**